Steven L. Crawford #166488
LAW OFFICE OF STEVEN L. CRAWFORD
P.O. Box 553
Grover Beach, CA 93483
Tel:805-458-6312
slcrawfordlaw@gmail.com
stevecrawfordlaw.com

Attorney for Defendant
    RAFAEL RODRIQUEZ

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 1:22-CR-00242-NONE-BAM |
| Petitioner, | ) STIPULATION TO SET |
| | ) CHANGE OF PLEA; ORDER |
| RAFAEL RODRIGUEZ, | ) |
| | ) Date:  October 7, 2024 |
| | ) Time: 8:30 am |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between the parties in the above entitled case, to vacate the status conference currently set for August 14, 2024 and setting a change of plea date for October 7, 2024 at 8:30 am.

    The basis for this stipulation is that defense counsel is anticipating a Change of Plea in this case and needs the additional time to see the defendant and secure the signed plea agreement.

Stipulation setting change of plea
United States of America v. RAFAEL RODRIQUEZ
Page 1

The parties stipulate that time will be excluded up to and including the new date for the Change of Plea and the defendant waives time up to and including the date set for Change of Plea.

DATED: August 12, 2024

          /Stephanie Stockman/
Assistant US Attorney, Stephanie Stockman


          /Steven L. Crawford/
STEVEN L. CRAWFORD
Attorney for Rafael Rodriquez

### ORDER

IT IS SO ORDERED that the status conference set for August 14, 2024, is vacated. A change of plea hearing is set for **October 7, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**.  Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv). IT IS SO ORDERED.

Dated: __**August 12, 2024**__      /s/ *Barbara A. McAuliffe*
                                                  UNITED STATES MAGISTRATE JUDGE

Stipulation setting change of plea
United States of America v. RAFAEL RODRIQUEZ
Page 2