PHILLIP A. TALBERT
United States Attorney
STEPHANIE M. STOKMAN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAFAEL RODRIGUEZ,<br><br>Defendant. | CASE NO. 1:22-CR-00242-NODJ-BAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: February 10, 2025<br>TIME: 8:30 a.m.<br>COURT: NODJ |
|---|---|

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on February 10, 2025.

2. By this stipulation, the parties now move to continue the sentencing until March 10, 2025, and to exclude time between February 10, 2025, and March 10, 2025, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

3. The parties agree and stipulate, and request that the Court find the following:

    a) Sentencing on this matter was originally scheduled for January 13, 2025 and was moved to January 8, 2025 due to the availability of the sentencing Judge.

    b) Probation has requested additional time to prepare the final PSR.

    c) The parties request a continuance of the sentencing to allow for all counsel to prepare for sentencing and for the final PSR to be filed.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

        d)       Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        e)       For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 10, 2025 to March 10, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  December 26, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ STEPHANIE M. STOKMAN
STEPHANIE M. STOKMAN
Assistant United States Attorney

Dated:  December 26, 2024

/s/ STEVE CRAWFORD
STEVE CRAWFORD
Counsel for Defendant
Rafael Rodriguez

## **ORDER**

IT IS SO ORDERED that the sentencing hearing is continued from February 10, 2025, to **March 10, 2025, at 8:30 a.m. in Courtroom 5 before the District Court Judge**.

IT IS SO ORDERED.

Dated: **December 27, 2024**              /s/ *Barbara A. McAuliffe*
                                                            UNITED STATES MAGISTRATE JUDGE